Appeals for the Fifth Circuit denied. *Mr. William R. Watkins* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Maurice J. Mahoney,* and *Thomas E. Harris* for the United States.

No. 919. DICKINSON ET AL. *v.* PAYNE. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Hans v. Briesen* for petitioners. *Mr. Hugh C. Smith* for respondent.

No. 923. WEIR *v.* COMMISSIONER OF INTERNAL REVENUE. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Earl F. Reed* for petitioner. *Attorney General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *S. Dee Hanson* for respondent.

No. 924. LEHMAN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Edgar J. Bernheimer* and *Sidney J. Schwartz* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Mr. Sewall Key* for respondent.

No. 925. SHOOLMAN *v.* COMMISSIONER OF INTERNAL REVENUE. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. David Stoneman* for petitioner. *Solicitor*